United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sierra Club (Lone Star Chapter), Frontera Audubon Society and Norman Richard, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § | Cause No. 1:93-cv-00001 |
| | § § § | |
| Federal Deposit Insurance Corporation, | § § | |
| Defendant | § | |

Motion for Return of Security Bond (with Accrued Interest)

TO THE HONORABLE JUDGE:

Comes now Lowerre & Frederick, counsel for Plaintiffs in the above-captioned cause, and moves this Court for the return to counsel of the security bond, with accrued interest, posted in this cause. Counsel avers that David Frederick paid January 22, 1993, to the registry of the Court a $1000 preliminary injunction security bond on behalf of Plaintiffs. The cause was subsequently appealed to the Fifth Circuit, which court upheld the District Court's power to enter the preliminary injunction but remanded the cause for further evidentiary development. *Sierra Club v. FDIC*, 992 F.2d 545 (5th Cir. 1993). The parties subsequently arrived at a solution to their dispute, which solution mooted the cause, and this Court, after hearing, dismissed the cause December 12, 1994.

The $1000 preliminary injunction security bond remains in the registry of the

Court, and counsel hereby moves for its return, with interest, payable to "Lowerre & Frederick," the successor in interest to Mr. Frederick's 1993 law firm.

Respectfully submitted,

Richard Lowerre
State Bar No. 12632900

Lowerre & Frederick
44 East Avenue, Ste. 100
Austin, Texas 78701
(512) 469-6000 / 482-9346 (facsimile)
RL@ LF-Lawfirm.com

COUNSEL FOR PLAINTIFFS

Certificate of Service

By my signature, below, I, Richard Lowerre, certify a true and correct copy of the foregoing Motion for Return of Security Bond (with Accrued Interest) was served April 5, 2005, by first class postage prepaid U.S. mail on the party representative indicated below.

Ms. Carla Marie Saenz
Carla M. Saenz & Associates, PLLC
855 West Price Road, Ste. 6
Brownsville, Texas 78520

COUNSEL FOR DEFENDANT FDIC