UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sierra Club (Lone Star Chapter), Frontera Audubon Society and Norman Richard, | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | Cause No. 1:93-cv-00001 |
| Federal Deposit Insurance Corporation, | § § § | |
| Defendant | § | |

Order Granting Return of Security Bond (with Accrued Interest)

Whereas, pending before the Court is the Motion for Return of Security Bond (with Accrued Interest) that was filed by the Plaintiffs in the above-captioned cause on April 8, 2005. After review of the motion, the Court concludes that it should be and is hereby GRANTED.

It is, therefore, ORDERED that the preliminary injunction security bond in the registry of the Court be returned, with interest, to "Lowerre & Frederick," the successor in interest to Mr. Frederick's 1993 law firm.

SIGNED April___, 2005.

_____
Unites States District Judge