United States District Court
Southern District of Texas
FILED

MAY 1 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Sierra Club (Lone Star Chapter), Frontera Audubon Society and Norman Richard, § § § § Plaintiffs, § § vs. § § § § Federal Deposit Insurance Corporation, § § Defendant § | Cause No. 1:93-cv-00001 |

**Certificate of Conference**

Sierra Club, et al., have pending before this Court a motion, "Motion for Return of Security Bond (with Accrued Interest)." That motion was filed without a certificate of conference. However, counsel for Sierra Club, et al., has now conferred with counsel for Federal Deposit Insurance Corporation, and these counsel have no opposition to the return of the security bond, with interest, to Sierra Club, et al..

Respectfully submitted,

David Frederick
State Bar No. 07412300

Lowerre & Frederick
44 East Avenue, Ste. 100
Austin, Texas 78701
(512) 469-6000 / 482-9346 (facsimile)
DOF@ LF-Lawfirm.com

COUNSEL FOR PLAINTIFFS

Certificate of Service

By my signature, below, I, David Frederick, certify a true and correct copy of the foregoing Certificate of Conference was served May 9, 2005, by first class postage prepaid U.S. mail on the party representative indicated below.

Ms. Carla Marie Saenz
Carla M. Saenz & Associates, PLLC
855 West Price Road, Ste. 6
Brownsville, Texas 78520

COUNSEL FOR DEFENDANT FDIC IN THIS CAUSE

Mr. Charles Wendlandt
Assistant U.S. Attorney, Southern District Texas
One Shoreline Plaza
800 North Shoreine Blvd., Suite 500
Corpus Christi, Texas 78401

COUNSEL FOR DEFENDANT FDIC IN THE RELATED CONDEMNATION CAUSE