APR 12 2005 10:16AM HP LASERJET 3200
US DISTRICT COURT  Fax:9565482598
Case 1:93-cv-00001 Document 29 Filed in TXSD on 05/12/2005 Page 1 of 1  P.2
Apr 11 2005 15:29  P.
United States District Court
Southern District of Texas
ENTERED
MAY 1 2 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| Sierra Club (Lone Star Chapter), Frontera Audubon Society and Norman Richard, § § § § Plaintiffs, § § vs. § § § § Federal Deposit Insurance Corporation, § § Defendant § | Cause No. 1:93-cv-00001 |

### Order Granting Return of Security Bond (with Accrued Interest)

Whereas, pending before the Court is the Motion for Return of Security Bond (with Accrued Interest) that was filed by the Plaintiffs in the above-captioned cause on April 8, 2005. After review of the motion, the Court concludes that it should be and is hereby GRANTED.

It is, therefore, ORDERED that the preliminary injunction security bond in the registry of the Court be returned, with interest, to "Lowerre & Frederick," the successor in interest to Mr. Frederick's 1993 law firm.

SIGNED May 11, 2005.

Unites States District Judge

