# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Melinda E Taylor
Henry Lowerre & Taylor
202 W 17th St
Austin TX 78701

---

Case: 1:93-cv-00001   Instrument: 28   (1 pages)
Date: May 12, 2005
Control: 050519621
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
 and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
 and
Register on-line for a training class to receive your user privileges.

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208




United States Courts
Southern District of Texas
FILED
MAY 20 2005
Michael N. Milby, Clerk